UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**ALBERT HALL,**

    **Petitioner,**

**v.**　　　　　　　　　　　　　　　**Case No.  1:13cv66/RV/GRJ**

**SECRETARY, DEPARTMENT OF CORRECTIONS,**

    **Respondent.**
_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated May 22, 2014.  (Doc. 21).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

    Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is ORDERED:

    1.  The magistrate judge's Report and Recommendation (doc. 21) is adopted and incorporated by reference in this order.

    2.  Respondent's motion to dismiss (doc. 14) is GRANTED.

*Page 2 of 2*

3. The petition for writ of habeas corpus (doc. 1), is DISMISSED WITH PREJUDICE as successive.

4. The clerk is directed to close the file.

5. A certificate of appealability is DENIED.

**DONE AND ORDERED** this 23rd day of June, 2014.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**

*Page 2 of 2*

3. The petition for writ of habeas corpus (doc. 1), is DISMISSED WITH PREJUDICE as successive.

4. The clerk is directed to close the file.

5. A certificate of appealability is DENIED.

**DONE AND ORDERED** this 23rd day of June, 2014.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**